1 | McGREGOR W. SCOTT
United States Attorney
2 | DAWRENCE W. RICE, JR.
Assistant U.S. Attorney
3 | Suite 4401, Federal Courthouse
2500 Tulare Street
4 | Fresno, California 93721
Telephone: (559) 497-4000
5

6

7

8 |             IN THE UNITED STATES DISTRICT COURT FOR THE

9 |                  EASTERN DISTRICT OF CALIFORNIA

10

11 | UNITED STATES OF AMERICA,        )     1:05-cr-0498 AWI
                                    )
12 |               Plaintiff,        )     GOVERNMENT'S MOTION FOR
                                    )     DISMISSAL OF INDICTMENT, AND
13 |     v.                          )     ORDER THEREON.
                                    )
14 | ELEC BENJAMIN TARWATER,         )
                                    )
15 |                                 )
                    Defendant.       )
16 | _____ )

17

18 |      Pursuant to Rule 48(a) of the Federal Rules of Criminal

19 | Procedure, the government moves to dismiss the Indictment against

20 | the above-named defendant in the interest of justice.

21 | DATED: March 20, 2006                 Respectfully submitted,

22 |                                       McGREGOR W. SCOTT
                                          United States Attorney
23 |
                                          By/s/Dawrence W. Rice, Jr.
24 |                                         DAWRENCE W. RICE, JR.
                                          Assistant U.S. Attorney
25 | ///

26 | ///

27 | ///

28 | ///

                                    1

1

**ORDER**

2       IT IS ORDERED that the Indictment in 1:05-cr-0498 AWI against

3  the above-named defendant be dismissed in the interest of justice.

4

5  IT IS SO ORDERED.

6  **Dated:    March 21, 2006**                          /s/ Anthony W. Ishii
   0m8i78                                    UNITED STATES DISTRICT JUDGE

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28